ORIGINAL

# In the United States Court of Federal Claims

No. 13-206C
(Filed March 13, 2013)
NOT FOR PUBLICATION

FILED
MAR 1 3 2014
U.S. COURT OF
FEDERAL CLAIMS

```
* * * * * * * * * * * * * * * * * * * * * * *
                                              *
                                              *
VANESSA BROOKS,                               *
                                              *
              Plaintiffs,                     *
                                              *
      v.                                      *
                                              *
THE UNITED STATES,                            *
                                              *
              Defendant.                      *
                                              *
* * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

Plaintiff has filed a motion requesting an enlargement of the period of time in which to file her notice of appeal of this Court's December 6, 2013 order dismissing her complaint for want of subject-matter jurisdiction. The government has not responded to the motion. Plaintiff has failed to show either the good cause or excusable neglect required by Federal Rule of Appellate Procedure Rule 4(a)(5)(A)(ii). She only claims that she needs "time to acquire counsel." She has not explained why she has been unable to do so in a timely fashion. Thus, her motion is **DENIED**. Since the complaint was dismissed without prejudice, Ms. Brooks's company is, of course, free to refile the claim once it retains counsel.

**IT IS SO ORDERED.**

VICTOR J. WOLSKI
Judge